Henry H. Jackson, Respondent, v. Ida Stern, Appellant, Impleaded with Sarah Meryash, Otherwise Known as Sarah Shapiro.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Guiseppe Lucchese, Appellant, v. Joseph Walker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Robert M. Silverman, Appellant, a Stockholder and Director of Silverman-Jones Construction Company, Respondent, for a Dissolution of the Said Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Martin L. Ungrich, Appellant, v. Henry Ungrich, Jr., and Martin Ungrich, Individually and as Executors of and Trustees under the Last Will and Testament of Henry Ungrich, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harriet K. Janusch, Appellant, v. Richard Dudensing, Jr., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anna C. M. Webster, Appellant, v. The Columbian National Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. (Laughlin, J., dissented.) No opinion.

The People of the State of New York, Respondent, v. George B. McClellan, Appellant, Impleaded with William R. Hearst.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amie Davis, Respondent, v. William P. Fogarty and Others, Appellants, Impleaded with Patrick Alexander Fogarty and Others.— Order modified so that it shall not appoint a receiver of any real property outside of this State, and as so modified affirmed, without costs. No opinion. Settle order on notice.

William S. Phippen, Respondent, v. Richard J. Dunphy, as Attorney in Fact, Representing All of the Underwriters at the New York and New England Underwriters at Lloyds of New York City, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amy N. Frank and Harry Mack, Respondents, v. William Carter and Others, Defendants. Frank H. Curry, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the Mayor, Aldermen and Commonalty of The City of New York, by the Counsel to the Corporation, Relative to Acquiring Title, etc., to All the Lands, etc., within the Lines of the Grand Boulevard and Concourse and Nine Transverse Roads, from a Point on East One Hundred and Sixty-first Street, in Said City, at the Intersection of Said Street and Mott Avenue, Northerly to Mosholu Parkway, as Laid Out and Established by the Commissioners of Street Improvements of the Twenty-third and Twenty-fourth Wards of the City of New York, Pursuant to the Provisions of Chapter 130, Laws of 1895. Claim of Charles W. Tarbox, Respondent. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elizur V. Foote, as Executor, etc., of Edward S. Stokes, Deceased, Respondent, v. Mary C. Leary, as Administratrix, etc., of James D. Leary, Deceased,

and Daniel J. Leary, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Ringheim, Respondent, v. George William Schlichten, Appellant.— Order modified by confining examination of defendant to the cause of action set forth in the complaint, and as so modified affirmed, without costs. No opinion.

Percy N. Lawrence, Appellant, v. Atwood Violett, Respondent, Impleaded with William E. Bishop (2 cases).— Orders affirmed, with ten dollars costs and disbursements. No opinion.